UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JUSTIN AUBREY,

                Plaintiff,                             Case No. 1:25-cv-12936

v.
                                                       Honorable Thomas L. Ludington
ERIC RARDIN,                                           United States District Judge

                Defendant.
_____/

**ORDER OF VOLUNTARY DISMISSAL**

On September 16, 2025, Plaintiff Justin Aubrey filed an emergency petition under 28 U.S.C. § 2241, alleging that the Bureau of Prisons incorrectly calculated his security level points, placing him in a higher security placement. ECF No. 1. Plaintiff also filed an emergency motion for a restraining order restricting Defendant Eric Rardin from relocating him to a Medium Security Facility. ECF No. 2. But Plaintiff did not submit the filing fee payment or an application for *In Forma Pauperis* consideration, and this Court issued an order to correct this deficiency by October 10, 2025. ECF No. 3. On September 30, 2025, Plaintiff submitted a notice to formally withdraw his Petition. ECF No. 6.  The Court construes Plaintiff's letter of withdrawal, ECF No. 6, as a notice of voluntary dismissal and will grant his request to dismiss this case.

Accordingly, it is **ORDERED** that Plaintiff's Petition, ECF No. 1, and Emergency Motion for Restraining Order, ECF No. 2, are **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes this case.**

Dated: October 3, 2025                          s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge